# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>$52,070.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br><br>RONALD CISNEROS,<br><br>　　　　Claimant. | No. 2:21-cv-07451-JLS (KESx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

　　Plaintiff United States of America ("the government") and Potential Claimant Ronald Cisneros("Cisneros") have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety. (Doc. 21.)

　　The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

　　1.　The government has given and published notice of this

action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant has filed a claim.

2. The government has not received any other claims or answers, and the time for filing claims and answers has expired. This Court has jurisdiction over the Defendant $52,070.00 in U.S. Currency ("Defendant Currency") and the parties to this Consent Judgment of Forfeiture.

3. Claimant has agreed to the forfeiture of $23,813.00 of the Defendant Currency.  Any potential claimants to the Defendant Currency other than Claimant are deemed to have admitted the allegations of the complaint.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Claimant, not should this consent judgment be admitted in any criminal proceeding against Claimant to prove any of the facts relied upon to establish reasonable cause for the seizure of the Defendant Currency.

4. The sum of $28,257.00 only (without interest) shall be released to Cisneros through his counsel.

5. The funds to be returned to Cisneros shall be paid through his counsel by electronic transfer.  Cisneros and his attorney shall provide all information and complete all documents requested by the government to facilitate the transfer including, without limitation, providing Cisneros's social security or taxpayer identification number, the identity of the bank, and the bank's address, account name, account number, account type and routing number for the account to which the transfer of funds is to be made.

6. The remaining $23,813.00 of the Defendant Currency, together with all interest earned by the government on the total amount of defendant currency, is hereby forfeited to the government, and no other right, title or interest shall exist therein. The government shall dispose of the forfeited funds in accordance with law.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of this action.

8. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. Cisneros did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated: December 27, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

CC: Fiscal

3